UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RAJPAUL JAGAT

v.                                          C.A. 08-379ML

UNITED STATES OF AMERICA

ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on October 16, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Petitioner's Motion to proceed in forma pauperis is DENIED without prejudice.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
November 3, 2008

Entered as an Order of this Court on November 3, 2008

_____
Deputy Clerk